IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) Case No. 5:14-cr-00007<br>) |
| v. | )<br>) |
| CECIL IRE SHIFFLETT, JR., | )<br>)     By:   Michael F. Urbanski |
| Petitioner. | )           United States District Judge |

### ORDER

In accordance with the accompanying Memorandum Opinion, the court **ORDERS** that the government's motion to dismiss (ECF No. 205) is **GRANTED**; petitioner Cecil Ire Shifflett, Jr.'s motion to reduce sentence (ECF No. 185) and motion to vacate (ECF No. 192) are **DENIED**; a certificate of appealability is **DENIED**; and this action shall be **STRICKEN** from the active docket of this court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to the parties.

Entered: 06-21-2017

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge